EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> William Vivoni Villanueva | 2008 TSPR 170 <br><br> 175 DPR _____ |

Número del Caso: TS-2514

Fecha: 23 de octubre de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja voluntaria del ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

                                          2514
William Vivoni Villanueva


                         RESOLUCIÓN


San Juan, Puerto Rico, a 23 de octubre de 2008

    Vista la Moción Informativa y en Solicitud de Baja Voluntaria y la Moción en contestación c a Resolución, se autoriza la baja voluntaria del Lcdo. William Vivoni Villanueva.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                   Secretaria del Tribunal Supremo